**GLEASON INDUSTRIAL PRODUCTS, INC. and Precision Products, Inc., Plaintiffs–Appellees,**

v.

**CENTRAL PURCHASING, LLC, Defendant–Appellant,**

v.

**United States, Defendant–Appellee.**

No. 2009–1150.

United States Court of Appeals, Federal Circuit.

Nov. 4, 2009.

Matthew P. Jaffe, Crowell & Moring LLP, of Washington, DC, argued for plaintiffs-appellees.

William C. Sjoberg, Adduci, Mastriani & Schaumberg, L.L.P., of Washington, DC, argued for defendant-appellant. With him on the brief was Louis S. Mastriani.

Patryk J. Drescher, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, Courtney E. Sheehan and Stephen C. Tosini, Attorneys.

BRYSON, PROST and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36